UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545<br><br>Master Docket Case No. 1:14-cv-01748<br><br>Honorable Matthew F. Kennelly |
| PHILLIP PYLE and WILMA J. PYLE,<br><br>Plaintiffs,<br><br>vs.<br><br>ABBVIE INC.; and<br>ABBOTT LABORATORIES, INC.,<br><br>Defendants. | Civil Action No. 1:15-cv-01010<br><br>**STIPULATION TO DISMISS CASE WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)A(ii) of the Federal Rules of Civil Procedure, Plaintiffs and Defendants hereby stipulate and agree that any and all claims asserted by and on behalf of Plaintiffs against Defendants in the above-captioned case be and are hereby dismissed without prejudice. The parties stipulate to a dismissal without prejudice as follows: Plaintiffs may re-file, if at all, only in Federal Court and will not oppose transfer to the MDL; and, Plaintiffs will not name any parties that would destroy diversity of jurisdiction.

/ / /

/ / /

/ / /

/ / /

1

Respectfully submitted this 18th day of June, 2015.

| | |
|---|---|
| */s/ Rachel Abrams* | */s/ Hope S. Freiwald (w/consent)* |
| Rachel Abrams (CA #209316) | Hope S. Freiwald |
| **LEVIN SIMES LLP** | **DECHERT LLP** |
| 353 Sacramento Street, 20th Floor | 2929 Arch Street |
| San Francisco, CA  94111 | Philadelphia, PA  19104-2808 |
| Telephone: (415) 426-3000 | Telephone: (215) 994-4000 |
| Facsimile: (415) 426-3001 | Facsimile: (215) 994-2222 |
| Email: rabrams@levinsimes.com | Email: hope.freiwald@dechert.com |
| *Attorney for Plaintiffs* | *Attorneys for Defendants* |